IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:16-CV-837-FL

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| $4,300.00 IN U. S. CURRENCY | ) |
| | ) |
| AND | ) |
| | ) |
| $22,368.29 IN U. S. CURRENCY, | ) |
| | ) |
| Defendants. | ) |

**DEFAULT JUDGMENT**
_____

This matter is before the Court on Plaintiff's Motion for Default Judgment. It appearing that a copy of the Complaint herein was served upon the defendants, in accordance with Supplemental Rule G(4), and, thus, that due notice was given accordingly, the Court finds that:

1. Process was duly issued in this cause and the defendants were duly seized by the U. S. Marshal's Service pursuant to said process;

2. No entitled persons have filed any claim to the defendants nor answer regarding them within the time fixed by law; and

3. The well-plead allegations of the Complaint in respect to the defendants are taken as admitted, as no one has appeared to deny the same, and default has been entered. [DE #12].

Based upon the above findings, it is hereby

ORDERED AND ADJUDGED that:

1. Default judgment be and the same is hereby entered against the defendants;

2. All persons claiming any right, title, or interest in or to the said defendants are held in default;

3. The defendants are forfeited to the United States of America;

4. The U. S. Marshal's Service is hereby directed to dispose of the defendants according to law; and

5. Upon the entry of this judgment, the Clerk of Court is DIRECTED to close this case.

SO ORDERED this 3rd day of May, 2017.

_____
LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE